UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOUGLAS A. LARSON,

    Plaintiff,

v.                                               Case No. 18-C-115

OFFICE OF THE US TRUSTEE,

    Defendant.

## ORDER DISMISSING APPEAL

On January 22, 2018, Plaintiff Douglas Larson, who is representing himself, filed a notice of appeal of the Bankruptcy Court's order converting his proceedings from a Chapter 11 to a Chapter 7 bankruptcy. ECF No. 1. Since filing, Larson has failed to file any other documents and to comply with the Federal Rules of Bankruptcy Procedure. On April 2, 2018, the Court ordered Larson to show cause by April 17, 2018, for why his appeal should not be dismissed for failure to comply with the Court's orders and the Federal Rules of Bankruptcy Procedure.

District courts have broad discretion to sanction parties when appropriate, including by dismissal of their appeal. *In re Matter of Scheri*, 51 F.3d 71, 76 (7th Cir. 1995). Rule 8003 provides that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the district Court . . . to act as it considers appropriate, including dismissing the appeal." Larson has repeatedly failed to comply with the Court's orders and the Federal Rules of Bankruptcy Procedure. Furthermore, Larson failed to respond to the order to show cause and has failed to pursue his bankruptcy appeal in any meaningful way. Because of this, I find dismissal is warranted.

**IT IS HEREBY ORDERED** that Appellant Larson's bankruptcy appeal is dismissed with prejudice for failure to comply with the Court's orders and the Federal Rules of Bankruptcy Procedure.

Dated this   23rd   day of April, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
